■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD CHATMAN, Appellant. [959 NYS2d 86]—Motion for writ

of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey and Sconiers, JJ.